VALENTI LAW APC
Matt Valenti, Esq. (SBN 253978)
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189
Email: mattvalenti@valentilawapc.com

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>          Plaintiff,<br><br>     vs.<br><br>ONTARIO PHARMACY, INC., a California corporation; TYLER G. FREW, an individual; and DOES 1-10,<br><br>          Defendants. | Case No.: 23-cv-01498-AB-KK<br><br>STIPULATION TO DISMISS PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Respectfully submitted,

DATED:  December 29, 2023                    VALENTI LAW APC


By:  */s/ Matt Valenti*

Matt Valenti
Attorney for Plaintiff
Raul Uriarte-Limon


DATED:  December 29, 2023                    Ronald H. Chew
Law Offices of Ronald H. Chew
APLC


By:  */s/ Ronald H. Chew*

Ronald H. Chew
Attorney for Defendants
Ontario Pharmacy, INC.
and Tyler G. Frew

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

DATED: December 29, 2023                    VALENTI LAW APC

                                   By:   */s/ Matt Valenti*

                                         Matt Valenti, Esq.
                                         Attorney for Plaintiff